# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| JPMORGAN CHASE BANK, N.A. | § | |
| | § | |
| vs. | § | Case No. 4:09cv150 |
| | § | (Judge Schneider/Judge Mazzant) |
| UNITED STATES OF AMERICA | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636. On February 9, 2010, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that JPMorgan Chase Bank, N.A.'s Motion to Set Aside Administrative Forfeiture (Dkt. #18) be denied.

The Court, having made a *de novo* review of the objections raised by Plaintiff, as well as the response filed by the Government, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court.

It is, therefore, **ORDERED** that JPMorgan Chase Bank, N.A.'s Motion to Set Aside Administrative Forfeiture (Dkt. #18) is **DENIED**.

**IT IS SO ORDERED.**

**SIGNED** this 8th day of March, 2010.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE